UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shajuanda Martin,<br><br>    Plaintiff<br><br>v.<br><br>Kilolo Kijakazi,[1] Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:21-cv-00461-JAD-CLB<br><br>**Order Granting Motion to Dismiss, Adopting Magistrate Judge's Report & Recommendation, and Closing Case**<br><br>[ECF Nos. 13, 17, 22, 23, 24, 25] |

    Pro se plaintiff Shajuanda Martin brings this action to challenge the Social Security Administration's (SSA) decision finding that she is no longer disabled and denying her disability benefits.[2] The SSA Commissioner moves to dismiss Martin's complaint, contending that it is time-barred because a social-security claimant has only 60 days from receiving notice of the SSA's decision to appeal in federal court,[3] and Martin filed this suit months after her 60-day deadline passed.[4] Although Martin filed an opposition to the motion to dismiss, she offers no argument or evidence that she timely filed.[5] Having evaluated the briefing, the magistrate judge recommends that I dismiss this case because the statute of limitations bars Martin's claims, "there is no evidence that Martin requested an extension," and she has not "shown any grounds

---

[1] Kilolo Kijakazi was sworn in as Commissioner of the Social Security Administration on July 9, 2021. Under Federal Rule of Civil Procedure 25(d), I direct the Clerk of Court to substitute Kilolo Kijakazi for Andrew Saul as the defendant in this case.

[2] ECF No. 4.

[3] ECF No. 13 at 2–6 (citing 42 U.S.C. § 405(g)).

[4] ECF No. 13-1 at 3–4.

[5] ECF No. 15.

for equitable tolling."[6]  Martin's objection to that recommendation contains no arguments to the contrary and nothing that would justify rejecting the recommendation or denying the motion to dismiss.  Indeed, the record reflects that she filed this action more than seven months after notice was issued, missing the 60-day deadline without excuse or justification.  Having reviewed the magistrate judge's R&R, I find good cause to adopt it, and I do.

Martin also filed motions to extend time, issue summons, and add representatives.[7]  Because I am dismissing this case, I deny those motions as moot.

IT IS THEREFORE ORDERED that the Commissioner's motion to dismiss **[ECF No. 13] is GRANTED**.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation **[ECF No. 17] is ADOPTED IN FULL** and that the plaintiff's amended objection to the R&R **[ECF No. 23] is OVERRULED**.

IT IS FURTHER ORDERED that the plaintiff's motions to extend filing time **[ECF No. 22]**, issue summons **[ECF No. 24]**, and add representatives **[ECF No. 25] are DENIED as moot**.

IT IS FURTHER ORDERED that the Clerk of Court is directed to **substitute Kilolo Kijakazi for Andrew Saul as the defendant in this case**[8] **and to CLOSE THIS CASE.**

                                                                    _____
                                                         U.S. District Judge Jennifer A. Dorsey
                                                                       December 14, 2021

---

[6] ECF No. 17 at 3.
[7] ECF No. 22; ECF No. 24; ECF No. 25.
[8] *See* F.R.C.P. 25(d).