**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SHAJUANDA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>Defendant. | Case No. 2:21-CV-0461-JAD-CLB<br><br>**ORDER DENYING MOTION TO EXTEND TIME TO FILE TRANSCRIPT DESIGNATION AND DENYING MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE**<br><br>[ECF Nos. 32, 33] |

Before the Court is Plaintiff Shajuanda Martin's ("Martin") motion to extend time to file transcript designation and motion for transcripts at government expense. (ECF Nos. 32, 33.)

Martin has appealed the District Court's order dismissing this case. (ECF No. 28). Martin's motions for an extension of time to designate transcripts and to produce transcripts at the government's expense are **DENIED as moot.** (ECF No. 32, 33.) This case was handled entirely on written briefings, and no hearings were held in this matter. Therefore, there are no transcripts to designate or prepare.

To the extent that Martin is seeking all records to be used on appeal, Martin is advised that when a notice of appeal is filed, the entire court file is designated as the record on appeal. Martin is further advised a party proceeding without counsel need not file excerpts. *See* 9th Cir. R. 30-1.3 If such a party does not file excerpts, counsel for appellee or respondent must file Supplemental Excerpts of Record that contain all the documents that are cited in the pro se opening brief or otherwise required by 9th Cir. R. 30-1.4, as well as the documents that are cited in the answering brief. *Id.*

DATED: March 8, 2022.

_____
UNITED STATES MAGISTRATE JUDGE